UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                     )
                                           )  Case No. 15-16836 MER
MIDWAY GOLD CORP.,                         )
                                           )  Chapter 11
                        Debtor.            )

## LIST OF EQUITY SECURITY HOLDERS

In a chapter 11 reorganization case, the following information is required pursuant to Fed R. Bankr. P. 1007(a)(3) and L.B.R. 1007-4:

Check applicable box:

[ ]   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[ X ]   The following are the debtor's equity security holders:

1. INV-MID, LLC, c/o Hale Fund Management, LLC, Managing Member, 570 Lexington Ave., 49th Floor, New York, New York 10022; 8,817,360 common shares and 20,000,000 preferred shares.

2. HCP-MID, LLC, c/o Hale Fund Management, LLC, Managing Member, 570 Lexington Ave., 49th Floor, New York, New York 10022; 3,071,855 common shares and 5,405,405 preferred shares.

3. EREF-MID, LLC, c/o Hale Fund Management, LLC, Managing Member, 570 Lexington Ave., 49th Floor, New York, New York 10022; 1,953,125 common shares.

4. EREF-MID II, LLC, c/o Hale Fund Management, LLC, Managing Member, 570 Lexington Ave., 49th Floor, New York, New York 10022, 6,286,094 common shares and 12,432,433 preferred shares.

5. See attached Exhibit 1 for institutional holders of common stock. The attached Exhibit 1 is as of May 25, 2015.

Dated: June 21, 2015.

MIDWAY GOLD CORP.

*/s/ Bradley Blacketor*

_____
By: Bradley Blacketor
Its: Chief Financial Officer

SENDER WASSERMAN
WADSWORTH, P.C.

*/s/ Harvey Sender*

_____
Harvey Sender, #7546
John B. Wasserman, #10011
Aaron J. Conrardy, #40030
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
Phone: (303) 296-1999/Fax: (303) 296-7600
hsender@sww-legal.com
jwasserman@sww-legal.com
aconrardy@sww-legal.com
Attorneys for Debtor

## Midway Gold Corporation (MDW_TSE)

**Industry: Gold, Silver, and Precious Stones**

As of 5/26/2015

| Statistics | | | | | |
|---|---|---|---|---|---|
| **Market Cap (USD, mm)** | 19.05 | **Headquarter of Issuer** | United States | **% of Institution Ownership** | 42.11% |
| **Recent Share Price (USD)** | 0.11 | **Sell-outs** | 11 | **% held by Top 10 Owners** | 39.21% |
| **Shares Outstanding** | 180,224,000 | **Buy-ins** | 5 | **# of Institution Holders** | 60 |

| Rank | Institution Name | Value(USD, mm) | Shares | % S/O | Change | %Portfolio | Date | Source | Style | %Turnover | EAUM(USD, mm) | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Hale Capital Management, L.P. | 6.70 | 17,438,384 | 9.68 | (653,035) | 45.20 | 4/21/2015 | Proxy | Alternative | N/A | 14.83 | North America |
| 2 | Van Eck Associates Corporation | 5.58 | 14,517,341 | 8.06 | 1,426,205 | 0.02 | 4/21/2015 | Proxy | Growth | 41 | 25,022.09 | North America |
| 3 | Investure, LLC | 3.39 | 8,817,360 | 4.89 | 1,951,461 | 0.71 | 4/21/2015 | Proxy | Externally Managed | 89 | 478.01 | North America |
| 4 | Franklin Advisers, Inc. | 2.51 | 8,617,397 | 4.78 | (139,803) | 0.00 | 3/31/2015 | 13 F | Value | 32 | 129,091.42 | North America |
| 5 | Nantahala Capital Management, LLC | 2.08 | 7,143,441 | 3.96 | 1,032,314 | 0.57 | 3/31/2015 | 13 F | Alternative | 87 | 364.90 | North America |
| 6 | American Century Investment Management, Inc. | 1.22 | 4,184,709 | 2.32 | 0 | 0.00 | 3/31/2015 | 13 F | Growth | 52 | 98,135.51 | North America |
| 7 | The Vanguard Group, Inc. | 1.03 | 3,537,523 | 1.96 | 150,822 | 0.00 | 3/31/2015 | 13 F | Index | 9 | 1,833,315.25 | North America |
| 8 | RBC Global Asset Management, Inc. | 0.89 | 3,059,800 | 1.70 | (42,200) | 0.00 | 3/31/2015 | Sum of Fund | Growth | 29 | 83,332.11 | North America |
| 9 | Davenport & Company, LLC (Asset Management) | 0.64 | 2,192,091 | 1.22 | (10,000) | 0.01 | 3/31/2015 | 13 F | Value | 29 | 6,524.43 | North America |
| 10 | Earth Resource Investment Group AG | 0.79 | 1,154,796 | 0.64 | (345,204) | 1.17 | 12/31/2014 | Sum of Fund | Specialty | 83 | 66.28 | Europe |
| 11 | Millennium Management, LLC | 0.30 | 1,043,609 | 0.58 | 48,425 | 0.00 | 3/31/2015 | 13 F | Alternative | 153 | 49,334.31 | North America |
| 12 | Renaissance Technologies, LLC | 0.16 | 538,700 | 0.30 | 538,700 | 0.00 | 3/31/2015 | 13 F | Alternative | 121 | 46,796.21 | North America |
| 13 | OppenheimerFunds, Inc | 0.14 | 484,723 | 0.27 | (7,725,277) | 0.00 | 3/31/2015 | Sum of Fund | Growth | 35 | 147,602.35 | North America |
| 14 | Konwave AG | 0.12 | 419,600 | 0.23 | 0 | 0.17 | 3/31/2015 | Sum of Fund | Specialty | 45 | 71.03 | Europe |
| 15 | GAM Investment Management (Switzerland) AG | 0.10 | 350,000 | 0.19 | 0 | 0.00 | 3/31/2015 | 13 F | Value | 39 | 9,292.82 | Europe |
| 16 | Royce & Associates, LLC | 0.10 | 345,000 | 0.19 | 0 | 0.00 | 3/31/2015 | 13 F | Value | 30 | 28,327.62 | North America |
| 17 | Sun Valley Gold, LLC (U.S.) | 0.10 | 332,429 | 0.18 | (113,000) | 0.05 | 3/31/2015 | 13 F | Alternative | 60 | 211.24 | North America |
| 18 | Deutsche Bank Trust Company Americas | 0.07 | 237,641 | 0.13 | 220,638 | 0.00 | 3/31/2015 | 13 F | Value | 88 | 71,958.81 | North America |
| 19 | Knightsbridge Asset Management, LLC | 0.06 | 212,100 | 0.12 | 0 | 0.03 | 3/31/2015 | 13 F | Deep Value | 53 | 215.16 | North America |
| 20 | KCG Americas LLC | 0.06 | 210,711 | 0.12 | 60,545 | 0.00 | 3/31/2015 | 13 F | Broker | 211 | 2,379.24 | North America |
| 21 | HighTower Advisors, LLC | 0.06 | 200,000 | 0.11 | 0 | 0.00 | 3/31/2015 | 13 F | GARP | 43 | 6,646.95 | North America |
| 22 | Alpine Securities USVI, LLC | 0.12 | 179,509 | 0.10 | 179,509 | 0.02 | 12/31/2014 | 13 F | Alternative | 324 | 552.43 | C. America/Caribbean |

**Midway Gold Corporation (MDW_TSE)**                                                                  **Industry: Gold, Silver, and Precious Stones**

As of 5/26/2015

| Rank | Institution Name | Value(USD, mm) | Shares | % S/O | Change | %Portfolio | Date | Source | Style | %Turnover | EAUM(USD, mm) | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | Ingalls & Snyder, LLC (Asset Management) | 0.05 | 159,215 | 0.09 | (74,393) | 0.00 | 3/31/2015 | 13 F | GARP | 20 | 1,919.24 | North America |
| 24 | Loews Corp. (Asset Management) | 0.04 | 147,620 | 0.08 | (50,059) | 0.00 | 3/31/2015 | 13 F | Growth | 3 | 14,391.96 | North America |
| 25 | LMR Partners, LLP | 0.04 | 146,083 | 0.08 | (219,125) | 0.01 | 3/31/2015 | 13 F | Alternative | 292 | 699.34 | Europe |
| 26 | SunTrust Robinson Humphrey, Inc | 0.04 | 141,166 | 0.08 | 0 | 0.00 | 3/31/2015 | 13 F | Broker | 24 | 12,780.32 | North America |
| 27 | La Financière Desselligny S.A. | 0.03 | 90,000 | 0.05 | 0 | 0.14 | 2/28/2015 | Sum of Fund | Growth | 97 | 18.86 | Europe |
| 28 | Geneva Advisors, LLC | 0.02 | 84,100 | 0.05 | 0 | 0.00 | 3/31/2015 | 13 F | Aggressive Growth | 57 | 5,527.00 | North America |
| 29 | NPC of America | 0.02 | 82,200 | 0.05 | 0 | 0.00 | 3/31/2015 | 13 F | Broker | 58 | 1,121.22 | North America |
| 30 | Perkins Capital Management, Inc. | 0.02 | 80,000 | 0.04 | 0 | 0.02 | 3/31/2015 | 13 F | Growth | 39 | 120.46 | North America |
| 31 | Flow Traders US, LLC | 0.02 | 69,646 | 0.04 | 69,646 | 0.00 | 3/31/2015 | 13 F | Broker | 282 | 478.89 | North America |
| 32 | SG Americas Securities, LLC | 0.02 | 65,269 | 0.04 | (153,957) | 0.00 | 3/31/2015 | 13 F | Broker | 132 | 15,759.49 | North America |
| 33 | WFG Advisors, L.P. | 0.01 | 30,000 | 0.02 | 20,000 | 0.00 | 3/31/2015 | 13 F | Growth | 51 | 358.29 | North America |
| 34 | GR Asset Management GmbH | 0.01 | 30,000 | 0.02 | 0 | 0.03 | 12/31/2014 | Sum of Fund | Specialty | 16 | 26.60 | Europe |
| 35 | Spears Abacus Advisors, LLC | 0.01 | 25,000 | 0.01 | 0 | 0.00 | 3/31/2015 | 13 F | Value | 31 | 835.37 | North America |
| 36 | Guggenheim Funds Investment Advisors, LLC | 0.01 | 22,611 | 0.01 | 7,357 | 0.00 | 3/31/2015 | 13 F | Index | 94 | 3,930.98 | North America |
| 37 | Savitr Capital, LLC (U.S.) | 0.02 | 20,900 | 0.01 | 0 | 0.03 | 6/30/2014 | 13 F | Alternative | 54 | 59.41 | North America |
| 38 | Ladenburg Thalmann Asset Management, Inc. | 0.01 | 17,500 | 0.01 | 0 | 0.00 | 3/31/2015 | 13 F | Alternative | 68 | 5,210.02 | North America |
| 39 | Credit Suisse Securities (USA), LLC | 0.00 | 15,373 | 0.01 | 15,373 | 0.00 | 3/31/2015 | 13 F | Broker | 73 | 56,374.72 | North America |
| 40 | Goldman Sachs & Co. | 0.00 | 12,507 | 0.01 | (151,912) | 0.00 | 3/31/2015 | 13 F | Broker | 63 | 123,099.54 | North America |
| 41 | State Street Global Advisors (SSgA) | 0.00 | 11,800 | 0.01 | 0 | 0.00 | 3/31/2015 | 13 F | Index | 11 | 1,040,180.64 | North America |
| 42 | Telluride Asset Management, LLC | 0.01 | 10,300 | 0.01 | 10,300 | 0.01 | 6/30/2014 | 13 F | Alternative | 291 | 116.03 | North America |
| 43 | RBC Capital Markets, LLC | 0.00 | 6,000 | 0.00 | (138,109) | 0.00 | 3/31/2015 | 13 F | Broker | 77 | 25,710.13 | North America |
| 44 | Zürcher Kantonalbank (Asset Management) | 0.00 | 4,000 | 0.00 | (21,282) | 0.00 | 1/31/2015 | Sum of Fund | Value | 36 | 12,130.03 | Europe |
| 45 | Manulife Asset Management, LTD | 0.00 | 3,840 | 0.00 | 0 | 0.00 | 3/31/2015 | 13 F | Value | 40 | 19,597.34 | North America |
| 46 | BMO Capital Markets | 0.00 | 2,780 | 0.00 | 0 | 0.00 | 3/31/2015 | 13 F | Broker | 49 | 37,790.01 | North America |
| 47 | Merrill Lynch, Pierce, Fenner & Smith, Inc. (Broker) | 0.00 | 1,147 | 0.00 | 815 | 0.00 | 3/31/2015 | 13 F | Broker | 57 | 150,792.52 | North America |
| 48 | RhumbLine Advisers | 0.00 | 800 | 0.00 | (6,560) | 0.00 | 2/23/2015 | Sum of Fund | Index | 8 | 34,645.58 | North America |
| 49 | Tower Research Capital, LLC | 0.00 | 196 | 0.00 | (429) | 0.00 | 3/31/2015 | 13 F | Alternative | 275 | 803.00 | North America |
| 50 | Candriam Belgium S.A. | 0.00 | 0 | 0.00 | (42,200) | 0.00 | 3/31/2015 | 13 F | Growth | 63 | 14,116.60 | Europe |

## Midway Gold Corporation (MDW_TSE)

**Industry: Gold, Silver, and Precious Stones**

As of 5/26/2015

| Rank | Institution Name | Value(USD, mm) | Shares | % S/O | Change | %Portfolio | Date | Source | Style | %Turnover | EAUM(USD, mm) | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Citadel Advisors, LLC | 0.00 | 0 | 0.00 | (10,128) | 0.00 | 3/31/2015 | 13 F | Alternative | 135 | 65,458.99 | North America |
| 52 | U.S. Global Investors, Inc. (Asset Management) | 0.00 | 0 | 0.00 | (1,500,000) | 0.00 | 3/31/2015 | 13 F | Specialty | 135 | 414.07 | North America |
| 53 | UBS Financial Services, Inc. (Investment Advisor) | 0.00 | 0 | 0.00 | (911) | 0.00 | 3/31/2015 | 13 F | GARP | 46 | 131,176.96 | North America |
| 54 | Financial Architects, Inc. | 0.00 | 0 | 0.00 | (5,000) | 0.00 | 3/31/2015 | 13 F | Growth | 50 | 258.27 | North America |
| 55 | TD Securities (Canada) | 0.00 | 0 | 0.00 | (37) | 0.00 | 3/31/2015 | 13 F | Broker | 42 | 1,167.90 | North America |
| 56 | Jane Street Capital, LLC | 0.00 | 0 | 0.00 | (436,104) | 0.00 | 3/31/2015 | 13 F | Alternative | 274 | 6,093.76 | North America |
| 57 | Paloma Partners Management Company | 0.00 | 0 | 0.00 | (457,959) | 0.00 | 3/31/2015 | 13 F | Alternative | 255 | 1,863.99 | North America |
| 58 | Susquehanna Financial Group, LLLP | 0.00 | 0 | 0.00 | (97,432) | 0.00 | 3/31/2015 | 13 F | Broker | 122 | 36,605.10 | North America |
| 59 | Deutsche Bank Securities, Inc. | 0.00 | 0 | 0.00 | (402,205) | 0.00 | 3/31/2015 | 13 F | Broker | 149 | 16,113.57 | North America |
| 60 | Morgan Stanley & Co. International, PLC | 0.00 | 0 | 0.00 | (204,313) | 0.00 | 3/31/2015 | 13 F | Broker | 129 | 2,321.61 | Europe |