# UNITED STATES BANKRUPTCY
# DISTRICT OF COLORADO

| In re: | ) | Case No. 15-16835 MER |
| --- | --- | --- |
| | ) | (Joint Administration Requested) |
| **Midway Gold US Inc.,** *et al.* | ) | |
| | ) | **Chapter 11** |
| Debtors.[1] | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS*
### (consolidated)

Following is the list of the debtors' creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code (name of Debtor) | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
| --- | --- | --- | --- | --- |
| Ledcor CMI Inc.<br>5370 Kietzke Lane, Suite 204<br>Reno, NV 89511<br>(MDW Pan LLP) | Bryan Atwater<br>720-979-0900<br>Bryan.Atwater@Ledcor.com | Contract mining | | $7,249,795.83 |
| Jacobs Engineering Group Inc.<br>PO Box 7084<br>Pasadena, CA 91109<br>(MDW Pan LLP) | Todd Haba<br>303-275-6607<br>Todd.haba@jacobs.com | Pan Project | | $4,020,969.17 |
| InFaith Community Foundation<br>625 Fourth Ave South, Ste 1500<br>Minneapolis, MN 55415 | 612-844-4110 | Tonopah Advance Royalty Payment | | $550,000 |

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: MDW Pan LLP (4096), Midway Gold Corp. (9178), MDW Pan Holding Corp. (0235), MDW Mine ULC (9538), Midway Services Company (5123), MDW Gold Rock LLP (5234), RR Exploration LLC (8848), Nevada Talon LLC (2943), Midway Gold Realty LLC (8923), Midway Gold US Inc. (8512), GEH (BC) Holding Inc. (n/a), GEH (US) Holding Inc. (3986), Golden Eagle Holding Inc. (4065), MDW-GR Holding Corp. (5722).

| | | | | |
|---|---|---|---|---|
| Boart Longyear Company<br>10808 S. Riverfront Pkwy., Suite 600<br>South Jordan, UT 84095<br>(MDW Pan LLP) | Alan Frank<br>1-775-748-1911 - D<br>1-775-934-8363 – C<br>Al.frank@boartlongyear.com | Well drilling | | $491,573.85 |
| Sunbelt Rentals Inc.<br>PO Box 409211<br>Atlanta, GA 30384<br>(MDW Pan LLP) | 48 North 1330 West<br>Orem, UT 84057-4483<br>1-801-224-7342 | Rentals | | $324,092.18 |
| USGS National Center MS 270<br>12201 Sunrise Vly MS 270 STE 6A224<br>Reston, VA 20192<br>(MDW Pan LLP) | Curtis Hettich<br>1-916-278-9479 | Environmental | | $305,263.00 |
| Electronic Security Concepts<br>8320 East Gelding Drive<br>Scottsdale, AZ 85260<br>(MDW Pan LLP) | | | | $44,000.00 |
| SWCA Environmental Consulting<br>PO Box 92170<br>Elk Grove, IL 60009<br>(MDW Pan LLP) | Ben Gaddis<br>1-801-322-4307<br>bgaddis@swca.com | Contractor | | $150,066.82 |
| American Assay Laboratories<br>1500 Glendale Ave.<br>Sparks, NV 89431<br>(MDW Pan LLP) | aalbanking@nvbell.net<br>1-775-356-0606<br>1500 Glendale Ave.<br>Sparks, NV 89431 | Assay | | $133,570.84 |
| Roscoe Moss Manufacturing Co.<br>4300 Worth Street<br>Los Angeles, CA 90063<br>(MDW Pan LLP) | info@roscoemoss.com<br>1-323-263-4111<br>4300 Worth Street<br>Los Angeles, CA 90063 | Materials | | $136,346.41 |
| Cyanco Company, LLC<br>5505 Cyanco Drive<br>Winnemucca, NV 89445<br> (MDW Pan LLP) | Steve Cochrane<br>Steve.cochrane@cyanco.com | Materials | | $106,954.44 |
| Miller Thomson LLP<br>840 Howe Street, Suite 1000<br>Vancouver, BC V6Z 2M1<br>(Midway Gold Corp.) | Peter J. McArthur<br>1-604-643-1219<br>pmcarthur@millerthomson.com | Legal | | $148,435.81 |

| | | | | |
|---|---|---|---|---|
| Canada Revenue Agency<br>875 Heron Road<br>Ottawa, ON K1A 1B1<br>(Midway Gold Corp.) | | | | $117,446.00 |
| EPC Services Company<br>3521 Gabel Road<br>Billings, MT 59102<br>(MDW Pan LLP) | John Ott<br>1-801-292-9954<br>EPC Services Company Inc.<br>600 West 700 South<br>Woods Cross, UT 84087 | Contractor | | $315,263.63 |
| Dorsey & Whitney LLP<br>PO Box 1680<br>Minneapolis, MN 55480<br>(Midway Gold Corp.) | Kenneth G. Sam<br>1-416-367-7373<br>Sam.kenneth@dorsey.com | Legal | | $127,737.66 |
| Dorsey & Whitney LLP<br>PO Box 1680<br>Minneapolis, MN 55480<br>(MDW Pan LLP) | Kenneth G. Sam<br>1-416-367-7373<br>Sam.kenneth@dorsey.com | Legal | | $109,801.04 |
| SRK Consulting Engineers<br>7175 W. Jefferson Ave.<br>Lakewood, CO 80235<br>(MDW Pan LLP) | 1-775-828-6800<br>7175 W. Jefferson Ave.<br>Lakewood, CO 80235 | Engineer | | $107,702.82 |
| KPMG LLP<br>PO Box 4348 Station A<br>Toronto, ON M5W 7A6<br>(Midway Gold Corp.) | NJ (Norm) Mayr<br>1-604-691-3060 | Audit | | $116,895.25 |
| Orion Resource Partners<br>1211 Avenue of the Americans, Suite 3001<br>New York, NY 10036 | 212-596-3492 | Pan Production Royalties | | $92,544 |
| Suburban Propane<br>PO Box 12068<br>Fresno, CA 93776<br>(MDW Pan LLP) | 1-775-289-2901 | Propane | | $56,852.91 |
| Arcadis US Inc.<br>23444 Network Pl.<br>Chicago, IL 60673<br>(MDW Gold Rock LLP) | Jerry Koblitz<br>National Planning and Permitting Director<br>630 Plaza Dr. Suite 200<br>Highlands Ranch, CO 80129<br>1-303-471-3438 | Permitting | | $63,567.46 |

| | | | | |
|---|---|---|---|---|
| Redi Services LLC<br>225West Owen street<br>PO Box 310<br>Lyman, WY 82937<br>(MDW Pan LLP) | 1-307-787-6333 | Site Services | | $42,310.00 |
| FLSmidth Salt Lake City, Inc.<br>PO Box 934908<br>Atlanta, GA 31193<br>(MDW Pan LLP) | 1-801-871-7000<br>SLCARCOM@FLSMIDTH.com<br>7158 S. FLSmidth Drive<br>Midvale, UT 84047-5559 | Materials | | $66,277.26 |
| Gust Electric Inc<br>1123 Great Basin Blvd<br>Ely, NV 89301<br>(MDW Pan LLP) | 1-775-289-6272<br>gustelectric@sbcglobal.com | Contractor | | $40,763.35 |
| Raintree Construction LLC<br>PO Box 281707<br>Lamoille, NV 89828<br>(MDW Pan LLP) | 1-775-753-7845<br>PO Box 281707<br>Lamoille, NV 89828 | Contractor | | $41,462.00 |
| Geotemps Inc.<br>PO Box 11532<br>Reno, NV 89510<br>(MDW Pan LLP) | PO Box 11532<br>Reno, NV 89510 | Temp staff | | $68,649.33 |
| Air Sciences Inc.<br>1301 Washington Ave., Suite 200<br>Golden. CO 80401<br>(MDW Pan LLP) | 1-303-988-2960 | Environmental | | $40,327.18 |
| Eastern Nevada Landscape Coalition<br>PO Box 150266<br>Ely, NV 89315<br>(MDW Pan LLP) | Irene Cadilli<br>1-714-921-9848 X 100<br>icadilli@eapplications.com | Environmental | | $37,884.19 |
| Provident Construction, Inc.<br>12424 E. Weaver Pl.<br>Centennial, CO 80111<br>(Midway Gold US Inc.) | 720-482-0200<br>12424 E. Weaver Pl.<br>Centennial, CO 80111 | Contractor | | $40,746.83 |
| Marsh USA Inc.<br>PO Box 846015<br>Dallas, TX 75284<br>(Midway Gold US Inc.) | Debi Clements<br>1-303-308-4500<br>1225 17th Street Suite 1300<br>Denver, CO 80202 | Insurance | | $76,937.04 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: <u>June 22, 2015</u>        Signature: */s/ Bradley Blacketor*
                              **Bradley Blacketor, Authorized Representative**

*This list assumes the debtors' motion for joint administration will be granted.

*The following affiliate or subsidiary debtors have no creditors on their List of Creditors Holding 20 Largest Unsecured Claims: GEH (B.C.) Holding Corp.; GEH (U.S.) Holding Corp.; Golden Eagle Holding, Inc.; MDW Mine, ULC; MDW Pan Holding Corp.; MDW-GR Holding Corp.; and RR Exploration, LLC.